UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES W. GILLIAM and LAURA A. GILLIAM, | |
| Plaintiffs, | |
| v. | 22-CV-7513 (JMF) |
| DISCOVER BANK and KIRSCHENBAUM & PHILLIPS, PC, | ORDER OF SERVICE |
| Defendants. | |

JESSE M. FURMAN, United States District Judge:

The Clerk of Court is directed to issue summonses as to Defendants Discover Bank and Kirschenbaum and Phillips, PC. Plaintiffs are directed to serve the summonses and complaint on Defendants within 90 days of the issuance of the summonses. If within those 90 days, Plaintiffs have not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

The Clerk of Court is directed to mail an information package to Plaintiffs.

Dated: September 8, 2022
New York, New York

_____
JESSE M. FURMAN
United States District Judge