UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JAMES W. GILLIAM et al., :
:
Plaintiffs, :
: 22-CV-7513 (JMF)
-v- :
: ORDER
DISCOVER BANK et al., :
:
Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    Plaintiff James W. Gilliam, proceeding without counsel, moves on behalf of himself and Co-Plaintiff Laura A. Gilliam for judicial notice of certain materials. *See* ECF No. 8.

    Although Mr. Gilliam purports to represent both himself and Ms. Gilliam, he is authorized to represent only himself as he is admittedly not a member of the Bar of this Court. *See, e.g.*, *Iannaccone v. Law*, 142 F.3d 553, 558 (2d Cir. 1998) ("[B]ecause pro se means to appear for one's self, a person may not appear on another person's behalf in the other's cause."). Accordingly, as to Ms. Gilliam, the motion for judicial notice is DENIED as procedurally improper.

    As to Mr. Gilliam, the motion is premature and thus DENIED without prejudice to renewal if, or when, it would be appropriate for the Court to take judicial notice of materials in this case.

    For avoidance of doubt, the Court notes that Mr. Gilliam's request for permission to use electronic case filing is effective only as to him. Thus, unless and until the Court orders otherwise, Ms. Gilliam must file any papers by mailing or delivering them to the *Pro Se* Intake Unit and Defendants must continue to serve hard copies of any filings on Ms. Gilliam.

    The Clerk of Court is directed to terminate ECF No. 8 and mail a copy of this Order to Plaintiffs.

    SO ORDERED.

Dated: October 6, 2022
      New York, New York
                                              _____
                                                    JESSE M. FURMAN
                                                United States District Judge